# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PARENTAL RIGHTS AS TO M.M.; M.M.; H.M. AND Z.M., MINORS.

MANUEL MAGDALENO,
               Appellant,
vs.
CLARK COUNTY DEPARTMENT OF FAMILY SERVICES,
               Respondent.

No. 69706

FILED

MAR 0 4 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order denying a motion for new trial in an action for termination of parental rights. Eighth Judicial District Court, Family Court Division, Clark County; Frank P. Sullivan, Judge. Appellant is proceeding in pro se.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be untimely filed under NRAP 4(a) because it appears that it was filed more than thirty days after service of written notice of entry of the judgment or order. *See* NRAP 4(a)(1); NRAP 26(c). An untimely notice of appeal fails to vest jurisdiction in this court. *See Healy v. Volkswagenwerk Aktiengesellschaft*, 103 Nev. 329, 331, 741 P.2d 432, 433 (1987). Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

SUPREME COURT
OF
NEVADA

(O) 1947A

16-07043

cc:    Hon. Frank P. Sullivan, District Judge, Family Court Division
Manuel Magdaleno
Clark County District Attorney/Juvenile Division
Eighth District Court Clerk